

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00374-CV**

**IN RE MID-CENTURY INSURANCE COMPANY**

_____

**Original Proceeding**

_____

# ORDER

Relator's Petition for Writ of Mandamus and Motion for Emergency Relief were filed on November 9, 2016. Relator's Motion for Emergency Relief is granted. The trial court's order of October 27, 2016 is stayed until further order of this Court. Additionally, the Court requests a response to the Petition for Writ of Mandamus from any party to this proceeding. Any response is due within 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed November 10, 2016

